IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROLAND BRENT POLITE, | § § § | |
| *Plaintiff,* | § § | SA-23-CV-00133-ESC |
| vs. | § § § | |
| KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY; | § § § | |
| *Defendant.* | § § | |

### JUDGMENT AND ORDER OF REMAND UNDER SENTENCE FOUR

On this day, the Court granted the Commissioner's unopposed motion to remand.

**IT IS THEREFORE HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Commissioner's unfavorable final administrative decision is **REVERSED and REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SIGNED this 20th day of September, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE